UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CATHY GEBHARDT-LALLY and PATRICK WILL, *individually, and on behalf of all others similarly situated*, | Case No. 24-cv-4100 (LMP/TNL) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| ALLINA HEALTH SYSTEM, *doing business as Allina Health*, HEALTHPARTNERS, *doing business as Park Nicollet*, and ST. FRANCIS REGIONAL MEDICAL CENTER, | |
| Defendants. | |

This matter is before the Court on Plaintiffs' Voluntary Notice of Dismissal Without Prejudice (ECF No. 24). **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated: February 14, 2025            *s/ Laura M. Provinzino*
                                     Laura M. Provinzino
                                     United States District Judge